# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Kort Marin**   JOINT DEBTOR: _____   CASE NO: **10-12697**
Last Four Digits of SS# _____   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

- A. $ **516.00** for months **1** to **36**
- B. $ _____ for months _____ to _____
- C. $ _____ for months _____ to _____ ; in order to pay the following creditors

**Administrative:** Attorney's Fee - $ _____ TOTAL PAID $ _____
Balance Due $ _____ payable $ _____ month (Months _____ to _____)

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property

1. **APEX development**
   Address: **15020 S. 120th dr**
   **Miami FL 33167**
   Account No: _____
   - Arrearage on Petition Date $ **15,000.00**
   - Arrears Payment $ **216** /month (Months **1** to **36**)
   - Regular Payment $ **200.00** /month (Months **1** to **36**)

2. _____
   Address: _____
   Account No: _____
   - Arrearage on Petition Date $ _____
   - Arrears Payment $ _____ /month (Months _____ to _____)
   - Regular Payment $ _____ /month (Months _____ to _____)

3. _____
   Address: _____
   Account No: _____
   - Arrearage on Petition Date $ _____
   - Arrears Payment $ _____ /month (Months _____ to _____)
   - Regular Payment $ _____ /month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Florida Loan Ser. 1106 Scottsbluff NE | $236,136.00 | % | $13,775.00 | 1 To 60 | |
| | $ | % | $ | To | |
| | $ | % | $ | To | |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

1. _____   Total Due $ _____
   Payable $ _____ /month (Months _____ to _____) Regular Payment $ _____
2. _____   Total Due $ _____
   Payable $ _____ month (Months _____ to _____) Regular Payment $ _____

**Unsecured Creditors** Pay $ _____ /month (Months _____ to _____)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: /s/ KM
Date: **4/17/10**

Joint Debtor: _____
Date: _____